IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22-CV-460-FL

| | | |
|---|---|---|
| AFFORDABLE CARE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BRECK E STANLEY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on plaintiff's motion for default judgment, relying upon a memorandum in support, a declaration from Jeremy Reynolds, a corporate credit card agreement, and a Fair Credit Reporting Act Disclosure and Authorization. (DE 12, 13, 13-1). Based on the information set forth therein, the court finds that plaintiff has proved damages suffered as a result of defendant's unlawful conduct in the amount of $134,941.53.

Based on the foregoing, plaintiff's motion for default judgment (DE 12) is GRANTED. Default judgment is entered against defendant in the amount of $134,941.53.

SO ORDERED, this the 1st day of June, 2023.

_____
LOUISE W. FLANAGAN
United States District Judge