UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| AFFORDABLE CARE, LLC,<br>    Plaintiff,<br><br>v.<br><br>BRECK E. STANLEY<br>    Defendant. | **DEFAULT JUDGMENT**<br><br>No. 5:22-cv-460-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge on plaintiff's motion for default judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 1, 2023, for the reasons set forth more specifically therein, plaintiff's motion for default judgment is granted. Judgment is rendered in favor of plaintiff and against defendant in the amount of $134,941.53.

**This Judgment Filed and Entered on June 1 2023, and Copies To:**
Philip Andrew Hinson / Craig Lorne Leis (via CM/ECF Notice of Electronic Filing)

June 1, 2023       PETER A. MOORE, JR., CLERK

             /s/ Sandra K. Collins
            (By) Sandra K. Collins, Deputy Clerk